# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sammartino, Janis L. | Southern District of California | 05/12/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

221 W. Broadway, Suite 4135
San Diego, CA 92101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust I |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/12/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | City of San Diego Pension | $46,994.87 |
| 2. 2014 | California State Judges Retirement | $85,546.90 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | California State Judges Retirement |
| 2. 2014 | PDR Corp. - salary |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/12/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | PARENT PLUS LOANS | UNSECURED LOANS FOR COLLEGE TUITION | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. MITEK | A | Dividend | J | T | | | | | |
| 2. FISERV | | None | M | T | | | | | |
| 3. TEVA | A | Dividend | J | T | | | | | |
| 4. PRUDENTIAL | A | Dividend | J | T | | | | | |
| 5. AMERICAN GEN LIFE INS CO POLICY--CASH VALUE | | None | K | T | | | | | |
| 6. RENTAL PROPERTY #1, SAN DIEGO, CA (TRUST I) | | None | O | W | | | | | |
| 7. RENTAL PROPERTY #2, DEL MAR, CA | E | Rent | O | W | | | | | |
| 8. MORGAN STANLEY SELECT UMA, TRADITIONAL IRA | E | Int./Div. | O | T | | | | | |
| 9. -MS Bank Account | | | | | | | | | |
| 10. -Mutual Funds: | | | | | | | | | |
| 11. --AMG Systematic Mid Cap Val Int (prev rptd as Managers Amg Sys...) | | | | | | | | | |
| 12. --AQR Managed Futures Strategy I | | | | | | | | | |
| 13. --Causeway Intl Value Instl | | | | | Sold (part) | 08/15/14 | J | A | |
| 14. --Center Coast MLP Focus I | | | | | Buy | 04/11/14 | K | | |
| 15. | | | | | Sold (part) | 08/15/14 | J | A | |
| 16. --Delaware Inv Sm Cap Val Inst | | | | | | | | | |
| 17. --Eaton Vance Commodity Strat I | | | | | Sold (part) | 04/11/14 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Goldman Sachs Abslt Ret Trck I | | | | | | | | | |
| 19. --Ivy Mid Cap Growth I | | | | | | | | | |
| 20. --John Hancock Displnd Val Inst | | | | | Buy | 05/09/14 | M | | |
| 21. | | | | | Sold (part) | 08/15/14 | J | A | |
| 22. --JP Morgan Dynamic Sm Cp Gr Sel | | | | | | | | | |
| 23. --Mainstay Large Cap Grw I | | | | | Sold (part) | 04/11/14 | J | B | |
| 24. --Nuveen NWQ Large Cap Value I | | | | | Sold | 05/09/14 | M | E | |
| 25. --Virtus Insight Emerg Mkts I | | | | | Sold (part) | 08/15/14 | J | B | |
| 26. --Voya Global Real Estate I (prev rptd as Ing Global Real Estate FD I) | | | | | | | | | |
| 27. TRUST #2 (MS ACTIVE ASSETS ACCT) | E | Int./Div. | O | T | | | | | |
| 28. -Common Stocks | | | | | | | | | |
| 29. --Apple Inc | | | | | Buy | 12/02/14 | K | | |
| 30. --EXAS stock (common) | | | | | | | | | |
| 31. --Facebook Inc | | | | | Buy | 12/02/14 | J | | |
| 32. -Municipal Bonds: | | | | | | | | | |
| 33. --Santee CA Pub Fing Auth Lease Rev | | | | | | | | | |
| 34. --Orange CA Redev Agy Tax Alloc Ref | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Turlock CA Uni Sch Dist | | | | | | | | | |
| 36. --CA St. Genl Oblig Ser-2L | | | | | | | | | |
| 37. --Banning CA Util Auth Wastew | | | | | | | | | |
| 38. --Galt Schs Jt Pwrs Auth | | | | | | | | | |
| 39. --Liberty Calif Un High Sch Dist Ref | | | | | | | | | |
| 40. --CA St Pub Wks Brd Lease Rev | | | | | | | | | |
| 41. --CA St Genl Oblig Ref | | | | | | | | | |
| 42. --CA St Genl Oblig Ser-1 | | | | | | | | | |
| 43. --CA St Genl Oblig Ref | | | | | | | | | |
| 44. --Foothill-De Anza Calif Cmnty College Di Oid | | | | | | | | | |
| 45. --CA Health Facs Fing Auth Rev Ser-D | | | | | | | | | |
| 46. -MFCDX Mutual Fund | | | | | Sold | 12/02/14 | K | | |
| 47. -MS Bank Acct | | | | | | | | | |
| 48. TRUST #3 (SPECTRUM ASSET MGMT ) | E | Int./Div. | O | T | | | | | |
| 49. -MS Bank account | | | | | | | | | |
| 50. -Preferred stocks: | | | | | | | | | |
| 51. --Aegon | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Alexandria Real Estate | | | | | | | | | |
| 53. --Allstate Corp | | | | | Buy (add'l) | 06/17/14 | J | | |
| 54. --Allstate Corp 6.625%-E | | | | | Buy | 02/25/14 | J | | |
| 55. | | | | | Buy (add'l) | 08/04/14 | J | | |
| 56. | | | | | Buy (add'l) | 08/13/14 | J | | |
| 57. --Allstate Corp Dep | | | | | Buy (add'l) | 05/12/14 | J | | |
| 58. --Arch Cap Grp | | | | | | | | | |
| 59. --Aspen Insurance Hldg Ltd 5.95% | | | | | | | | | |
| 60. --Aspen Insurance Hldg Ltd 7.25% | | | | | | | | | |
| 61. --Axis Capital Hldgs Ltd 5.5%-D | | | | | Buy (add'l) | 02/11/14 | J | | |
| 62. --Axis Capital Hldgs Ltd 6.875% | | | | | | | | | |
| 63. --Bank New York Mellon | | | | | | | | | |
| 64. --Bank of America | | | | | | | | | |
| 65. --Bank of America Corp 6.625%-W | | | | | Buy | 09/09/14 | J | | |
| 66. | | | | | Buy (add'l) | 09/15/14 | J | | |
| 67. | | | | | Buy (add'l) | 10/22/14 | J | | |
| 68. | | | | | Buy (add'l) | 11/19/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Sammartino, Janis L. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 11/20/14 | J | | |
| 70. | | | | | Buy (add'l) | 12/15/14 | J | | |
| 71. --Barclay's Bank | | | | | Sold (part) | 01/15/14 | J | | |
| 72. | | | | | Sold (part) | 06/19/14 | J | A | |
| 73. | | | | | Sold (part) | 07/18/14 | J | A | |
| 74. | | | | | Sold (part) | 09/05/14 | J | A | |
| 75. --BB&T Corp 5.20%-G | | | | | | | | | |
| 76. --BB&T Corp 5.2%-F | | | | | | | | | |
| 77. --BB&T Corporation 5.625 Ser-E | | | | | | | | | |
| 78. --BB&T Corporation 5.85% | | | | | | | | | |
| 79. --Capital One 6.25%-C | | | | | Buy | 06/17/14 | J | | |
| 80. | | | | | Buy (add'l) | 09/25/14 | J | | |
| 81. --Capital One Financial 6%-B | | | | | Buy (add'l) | 06/10/14 | J | | |
| 82. --Capital One Finl Corp 6.70% Ser-B | | | | | Buy | 10/29/14 | J | | |
| 83. --Charles Schwab Corp 6% Ser-B | | | | | | | | | |
| 84. --Citigroup Inc 5.80% Series C | | | | | | | | | |
| 85. --Citigroup Inc 6.875%-K | | | | | Buy (add'l) | 11/04/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. --Citigroup Inc 6.875%-L | | | | | Buy | 09/29/14 | J | | |
| 87. | | | | | Buy (add'l) | 10/09/14 | J | | |
| 88. --Citigrp Inc 7.125%-J | | | | | Buy (add'l) | 10/01/14 | J | | |
| 89. --City Natl Cp Dep Sh 5.50 Ser C | | | | | | | | | |
| 90. --Deutsche Bank | | | | | Sold (part) | 02/24/14 | J | | |
| 91. | | | | | Sold (part) | 03/14/14 | J | A | |
| 92. | | | | | Sold (part) | 04/10/14 | J | A | |
| 93. --Digital Realty | | | | | | | | | |
| 94. --Digital Realty Trust 7.375%-H | | | | | Buy | 03/21/14 | J | | |
| 95. --First Niagara Fin Grp | | | | | | | | | |
| 96. --Goldman Sachs Group | | | | | Buy (add'l) | 04/04/14 | J | | |
| 97. | | | | | Buy (add'l) | 04/14/14 | J | | |
| 98. | | | | | Buy (add'l) | 04/15/14 | J | | |
| 99. | | | | | Buy (add'l) | 05/14/14 | J | | |
| 100. | | | | | Sold (part) | 05/28/14 | J | | |
| 101. --Goldman Sachs Grp Inc 6.375%-K | | | | | Buy | 04/22/14 | J | | |
| 102. | | | | | Buy (add'l) | 05/05/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Sammartino, Janis L. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 05/06/14 | J | | |
| 104. | | | | | Buy (add'l) | 06/02/14 | J | | |
| 105. --Health Care REIT 6.500% SER J | | | | | | | | | |
| 106. --Hospitality Pptys TR PFD-D | | | | | | | | | |
| 107. --HSBC Holdings | | | | | Sold (part) | 04/17/14 | J | A | |
| 108. --Ing Group NV 06.375 | | | | | | | | | |
| 109. --Ing Group NV 6.125 | | | | | | | | | |
| 110. --Ing Group NV 7.2 | | | | | Sold (part) | 05/30/14 | J | A | |
| 111. --Ing Group NV 7.05 | | | | | | | | | |
| 112. --JPMorgan Chase & Co 5.45%-P | | | | | | | | | |
| 113. --JPMorgan Chase & Co 5.5%-O | | | | | | | | | |
| 114. --JPMorgan Chase & Co 6.3%-W | | | | | Buy | 06/24/14 | J | | |
| 115. | | | | | Buy (add'l) | 07/17/14 | J | | |
| 116. --JPMorgan Chase & Co 6.70%-T | | | | | Buy | 01/24/14 | J | | |
| 117. | | | | | Buy (add'l) | 01/30/14 | J | | |
| 118. | | | | | Buy (add'l) | 02/24/14 | J | | |
| 119. | | | | | Buy (add'l) | 04/28/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. --Kimco Realty | | | | | Sold (part) | 11/05/14 | J | A | |
| 121. --Morgan Stanley 6.625%-G | | | | | Buy | 04/24/14 | J | | |
| 122. | | | | | Buy (add'l) | 04/29/14 | J | | |
| 123. | | | | | Buy (add'l) | 04/30/14 | J | | |
| 124. | | | | | Buy (add'l) | 05/02/14 | J | | |
| 125. --Morgan Stanley 6.875%-F | | | | | Buy | 07/17/14 | J | | |
| 126. --Morgan Stanley 7.125%-E | | | | | Buy (add'l) | 09/25/14 | J | | |
| 127. | | | | | Buy (add'l) | 10/02/14 | J | | |
| 128. --Morgan Stanley Ser-A | | | | | | | | | |
| 129. --National Retail Prop 5.7%-E | | | | | | | | | |
| 130. --National Retail Prop 6.625% | | | | | | | | | |
| 131. --Partnerre Ltd 5.875%-F | | | | | | | | | |
| 132. --Partnerre Ltd. | | | | | Sold (part) | 01/17/14 | J | A | |
| 133. --PNC Finl-P 6.125% FLTS | | | | | | | | | |
| 134. --PS Business Park | | | | | | | | | |
| 135. --Public Storage 5.20% | | | | | | | | | |
| 136. --Public Storage | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. --Public Storage 5.875%-A | | | | | Buy | 11/21/14 | J | | |
| 138. --Public Storage 6%-Z | | | | | Buy | 06/03/14 | J | | |
| 139. | | | | | Buy (add'l) | 06/05/14 | J | | |
| 140. --Public Storage 6.375%-Y | | | | | Buy | 03/13/14 | J | | |
| 141. --Realty Income Corp | | | | | | | | | |
| 142. --Regency Centers | | | | | | | | | |
| 143. --Regions Financial Co 6.375%-B | | | | | Buy | 05/02/14 | J | | |
| 144. | | | | | Buy (add'l) | 05/21/14 | J | | |
| 145. --Renaissancere | | | | | | | | | |
| 146. --Renaissancere Hlds Ser-E 5.375 | | | | | | | | | |
| 147. --Royal Bk Scot | | | | | | | | | |
| 148. --State St Co 5.90%-D | | | | | Buy | 03/12/14 | J | | |
| 149. | | | | | Buy (add'l) | 05/12/14 | J | | |
| 150. --State Street Corp 5.25% | | | | | | | | | |
| 151. --State Street Corp 6% SER-E | | | | | Buy | 11/19/14 | J | | |
| 152. | | | | | Buy (add'l) | 11/20/14 | J | | |
| 153. | | | | | Buy (add'l) | 11/25/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. | | | | | Buy (add'l) | 12/18/14 | J | | |
| 155. --Suntrust Banks Inc 5.875%-E | | | | | | | | | |
| 156. --TCF Financial Corp 7.5%A | | | | | | | | | |
| 157. --UBS stock | | | | | | | | | |
| 158. --US Bancorp 5.15%-H | | | | | | | | | |
| 159. --US Banccorp | | | | | | | | | |
| 160. --Vornado Realty | | | | | | | | | |
| 161. --Vornado Realty TR Ser-L 5.40% | | | | | | | | | |
| 162. --Weingarten Realty | | | | | | | | | |
| 163. --Wells Fargo & Company 6.625%-R | | | | | Buy | 01/22/14 | J | | |
| 164. | | | | | Buy (add'l) | 03/07/14 | J | | |
| 165. | | | | | Buy (add'l) | 06/25/14 | J | | |
| 166. --Wells Fargo | | | | | Buy (add'l) | 07/01/14 | J | | |
| 167. --Wells Fargo & Company 5.25%-P | | | | | Sold | 03/24/14 | J | | |
| 168. --Wells Fargo 5.2%-N | | | | | Sold | 04/01/14 | J | | |
| 169. --Wells Fargo 5.85-Q | | | | | | | | | |
| 170. --Wells Fargo Company 5/125%-O | | | | | Sold | 03/03/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Fixed Rate Capital Securities: | | | | | | | | | |
| 172. --Weingarten Realty Invest | | | | | Sold | 03/21/14 | J | | |
| 173. --Affiliated Managers Group Inc 5.25% | | | | | | | | | |
| 174. --Citigroup Capital IX Trust PFD | | | | | Sold | 04/28/14 | J | A | |
| 175. --Morgan Stanley Capital Trust III | | | | | | | | | |
| 176. --Countrywide Capital IV | | | | | Sold | 09/05/14 | J | A | |
| 177. --Morgan Stanley IV 6.250 Extendable | | | | | | | | | |
| 178. --Morgan Stanley Capital Trust V 5.75 | | | | | | | | | |
| 179. --Citigroup Capital XI | | | | | Sold | 04/28/14 | J | A | |
| 180. --Entergy Texas Inc. | | | | | Sold | 03/20/14 | J | | |
| 181. --Ameriprise Financial Inc. | | | | | Sold | 06/16/14 | J | | |
| 182. --Vornado Rlty LP | | | | | Sold (part) | 04/08/14 | J | | |
| 183. | | | | | Sold | 10/01/14 | J | | |
| 184. --Entergy Louisiana LLC (ELB) | | | | | | | | | |
| 185. --Citigroup Capt XIII 7.875% Fix Ed | | | | | Sold (part) | 01/15/14 | J | A | |
| 186. --Entergy Arkansas Inc. | | | | | | | | | |
| 187. --Entergy Louisiana LLC (ELA) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. --Aegon NV 8% | | | | | | | | | |
| 189. --Raymond James Financial | | | | | | | | | |
| 190. --Hartford finl Svc Grp 7.875% | | | | | | | | | |
| 191. --Protective Life Corp 6.25% | | | | | | | | | |
| 192. --American Financial Group | | | | | | | | | |
| 193. --Senior Hsg Prop Trust 5.625% | | | | | | | | | |
| 194. --Affiliated Managers Group Inc | | | | | | | | | |
| 195. --American Financial Group Inc 5.75% | | | | | | | | | |
| 196. --Ventas Realty LP/Capital Corp 5/45% | | | | | | | | | |
| 197. --Morgan Stanley Capital Trust VI (MSJ) | | | | | Sold | 08/21/14 | J | A | |
| 198. --LLoyds Bankling | | | | | | | | | |
| 199. --Entergy Mississippi Inc 6% | | | | | | | | | |
| 200. --Qwest Corp | | | | | | | | | |
| 201. --Stanley Black & Decker 5.75% | | | | | | | | | |
| 202. --Aflac Inc | | | | | | | | | |
| 203. --General Elec Cap Corp 4.875%-A | | | | | | | | | |
| 204. --Entergy Arkansas Inc. 4.9% | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. --Prudential Financial Inc 5.75% | | | | | | | | | |
| 206. --Torchmark Corp 5.875% | | | | | | | | | |
| 207. --Allstate Corp. 5.1% | | | | | | | | | |
| 208. --General Elec Cap Corp 4.875-A | | | | | | | | | |
| 209. --Prudential Financial Inc 5.70% | | | | | | | | | |
| 210. --W.R. Berkley Corp 5.625% | | | | | | | | | |
| 211. --General Elec Capital Corp 4.70% | | | | | | | | | |
| 212. --Verizon Communications 5.9% (VZA) | | | | | Buy | 02/04/14 | J | | |
| 213. | | | | | Buy (add'l) | 02/05/14 | J | | |
| 214. | | | | | Buy (add'l) | 05/13/14 | J | | |
| 215. | | | | | Buy (add'l) | 07/21/14 | J | | |
| 216. | | | | | Buy (add'l) | 10/22/14 | J | | |
| 217. --American Financial Group | | | | | Buy | 09/17/14 | J | | |
| 218. --Telephone and Data Systems | | | | | Sold | 11/25/14 | J | | |
| 219. --Telephone and Data Systems Inc | | | | | Sold | 10/24/14 | J | | |
| 220. --United States Cellular Corp | | | | | | | | | |
| 221. --Goldman Sachs Group Inc. (-111/GSF) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. --Goldman Sachs Group Inc. (-184/GSJ) | | | | | Sold | 04/02/14 | J | | |
| 223. --DTE Energy Co Ser I | | | | | | | | | |
| 224. --Comcast Corp 5% | | | | | | | | | |
| 225. --Merrill Lynch Cap TR II 6.45% | | | | | | | | | |
| 226. --DTE Energy Co 5.25% | | | | | | | | | |
| 227. --Entergy Arkansas Inc. 4.75% | | | | | | | | | |
| 228. --Dominion Resources Inc Ser A | | | | | Sold | 05/06/14 | J | | |
| 229. --Scana Corp 7.70% | | | | | | | | | |
| 230. --Morgan Stanley Cap Trust (MSZ) | | | | | Sold | 05/08/14 | J | A | |
| 231. --Merrill Lynch Capital Trust I | | | | | Sold (part) | 12/03/14 | J | A | |
| 232. --Citigroup Capital XVII 6.35% | | | | | Sold | 04/28/14 | J | A | |
| 233. --Morgan Stanley Capital Trust Ser VIII (MSK) | | | | | Sold | 05/08/14 | J | A | |
| 234. --Nextera Energy Capital | | | | | | | | | |
| 235. --Duke Energy Corp | | | | | | | | | |
| 236. --Nextera Energy Capital Holdings Inc Ser J | | | | | | | | | |
| 237. --PPL Capital Funding Inc 5.90%-B | | | | | | | | | |
| 238. --Integrys Energy Grp Inc 6.00% | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. --Realty Income Corp 6.75% | | | | | Buy | 01/29/14 | J | | |
| 240. | | | | | Sold | 10/24/14 | J | A | |
| 241. -Money Market Fund | | | | | | | | | |
| 242. TRUST #4 (MS SELECT UMA BASIC SECURITIES ACCT) | E | Int./Div. | O | T | | | | | |
| 243. -Morgan Stanley Bank Account | | | | | | | | | |
| 244. -Common stocks: | | | | | | | | | |
| 245. --Aegon NV ADR | | | | | | | | | |
| 246. --Affiliated Mgrs Group Inc | | | | | Sold (part) | 01/27/14 | J | A | |
| 247. --Ageas Sponsored ADR | | | | | | | | | |
| 248. --Agrium Inc | | | | | | | | | |
| 249. --Akorn Inc | | | | | | | | | |
| 250. --Alexandria Real Estate Eq Inc | | | | | | | | | |
| 251. --Alexion Pharm Inc | | | | | Buy | 07/21/14 | J | | |
| 252. --Alliance Data Systems Corp | | | | | Sold (part) | 03/24/14 | J | C | |
| 253. | | | | | Sold (part) | 09/10/14 | J | B | |
| 254. --Allianz SE | | | | | Sold | 01/27/14 | J | A | |
| 255. --Alstom ADR | | | | | Sold (part) | 04/29/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Sold | 06/23/14 | J | A | |
| 257. --Altisource Residential Corp B | | | | | | | | | |
| 258. --Amazon Com Inc | | | | | Buy | 10/15/14 | J | | |
| 259. --American Homes 4 Rent | | | | | | | | | |
| 260. --Ametek Inc | | | | | | | | | |
| 261. --Amreit Inc CL B | | | | | | | | | |
| 262. --Anglo American PLC ADR New | | | | | Buy | 11/25/14 | J | | |
| 263. --ANSYS Inc | | | | | | | | | |
| 264. --Apartment Invt & Mgmt Co | | | | | | | | | |
| 265. --Apple Inc | | | | | | | | | |
| 266. --AT&T Inc | | | | | Buy | 09/22/14 | J | | |
| 267. --Assoc Estates Realty | | | | | Sold | 08/01/14 | J | | |
| 268. --Avalonbay Comm Inc | | | | | | | | | |
| 269. --AXA ADS | | | | | Buy | 09/22/14 | J | | |
| 270. --Axis Capital Holdings Ltd | | | | | | | | | |
| 271. --BAE Sys Plc Spon ADR | | | | | Buy | 09/22/14 | J | | |
| 272. --BCE Inc | | | | | Buy | 09/22/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. --BHP Billiton Plc Spons ADR | | | | | Buy | 09/22/14 | J | | |
| 274. --BK Montreal | | | | | Buy | 09/22/14 | J | | |
| 275. --Banco Santander Brasil SA | | | | | Sold | 04/29/14 | J | A | |
| 276. --Barrick Gold Corp | | | | | Sold | 11/03/14 | J | | |
| 277. --Bed Bath & Beyond Inc | | | | | Sold | 06/23/14 | J | | |
| 278. --Boston Properties Inc. | | | | | | | | | |
| 279. --Brandywine Realty Tr SBI | | | | | | | | | |
| 280. --Camden Property Trust | | | | | | | | | |
| 281. --Cameco Corp | | | | | Buy | 09/22/14 | J | | |
| 282. --Canadian Oil Sands Ltd Com | | | | | Buy | 09/22/14 | J | | |
| 283. | | | | | Sold | 12/12/14 | J | | |
| 284. --Canon Inc ADR New | | | | | | | | | |
| 285. --Cardinal Health Inc. | | | | | | | | | |
| 286. --Carrefour SA | | | | | | | | | |
| 287. --Catlin Grp Ltd Spons ADR | | | | | | | | | |
| 288. --CBL & Assoc Pptys Inc | | | | | | | | | |
| 289. --Celgene Corp | | | | | Sold (part) | 09/22/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 290. --Centrais Elec | | | | | | | | | |
| 291. --Centurylink Inc | | | | | Buy | 09/22/14 | J | | |
| 292. --Cerner Corp. | | | | | | | | | |
| 293. --China Mobile Ltd | | | | | Buy | 03/31/14 | J | | |
| 294. | | | | | Sold | 09/16/14 | J | A | |
| 295. | | | | | Buy | 09/22/14 | J | | |
| 296. --China Pete&Chem CP ADS | | | | | Buy | 09/22/14 | J | | |
| 297. --China Resoures Pwr Holdgs Co | | | | | Buy | 08/11/14 | J | | |
| 298. --Chunghwa Telecom Ltd | | | | | Buy | 12/12/14 | J | | |
| 299. --Church & Dwight Co | | | | | | | | | |
| 300. --Citrix Systems Inc | | | | | Buy | 07/24/14 | J | | |
| 301. | | | | | Buy (add'l) | 09/22/14 | J | | |
| 302. --City Dev Ltd Spon ADR | | | | | Buy | 03/28/14 | J | | |
| 303. --Cnooc Ltd ADS | | | | | Buy | 09/22/14 | J | | |
| 304. --Coach Inc | | | | | Buy | 09/22/14 | J | | |
| 305. --Cognizant Tech Solutions | | | | | | | | | |
| 306. --Concho Res Inc. | | | | | Sold | 12/12/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. --Conocophillips | | | | | Buy | 09/24/14 | J | | |
| 308. --CVS Health Corp Com | | | | | Buy | 03/26/14 | J | | |
| 309. --DAI NIPPPN | | | | | | | | | |
| 310. --DAIICHI Sankyo Co | | | | | Sold | 06/12/14 | J | | |
| 311. --Danaher Corp | | | | | | | | | |
| 312. --Decker Outdoor Corp | | | | | | | | | |
| 313. --Denbury Resources Inc | | | | | Sold | 08/07/14 | J | | |
| 314. --Deutsche Telekom | | | | | Buy | 09/22/14 | J | | |
| 315. --Digital Realty Trust Inc | | | | | | | | | |
| 316. --Douglas Emmett Inc | | | | | | | | | |
| 317. --Eastgroup Properties Inc | | | | | | | | | |
| 318. --Ecolab Inc | | | | | | | | | |
| 319. --Ecopetrol S A Sponsored ADS | | | | | Buy | 09/22/14 | J | | |
| 320. | | | | | Sold (part) | 12/12/14 | J | | |
| 321. --Electricite de France | | | | | | | | | |
| 322. --EMC Corp | | | | | | | | | |
| 323. --Eni Spa Amer Dep Recpt | | | | | Buy | 09/22/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,000 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. --Ensco Plc Class A | | | | | Buy | 09/22/14 | J | | |
| 325. --Eog Resources Inc | | | | | Buy | 08/07/14 | J | | |
| 326. --Epam Systems | | | | | Buy | 03/31/14 | J | | |
| 327. --EPR Pptys Com | | | | | | | | | |
| 328. --Equity Lifestyle Properties | | | | | | | | | |
| 329. --Equity One Inc | | | | | | | | | |
| 330. --Ericsson LM Tel ADR | | | | | | | | | |
| 331. --Essex Property Trust Inc | | | | | | | | | |
| 332. --Express Scripts Inc | | | | | Sold (part) | 07/17/14 | J | A | |
| 333. --Fedl Rlty Invt Trust S B 1 | | | | | | | | | |
| 334. --Finmeccanica Spa Roma | | | | | Sold | 02/04/14 | J | A | |
| 335. --Freeport-McMoran Inc | | | | | Buy | 11/25/14 | J | | |
| 336. --Fujifilm Hldgs Corp | | | | | | | | | |
| 337. --Gazprom O A O Spon ADR | | | | | Buy (add'l) | 09/22/14 | J | | |
| 338. | | | | | Buy (add'l) | 12/12/14 | J | | |
| 339. --GEO Group Inc | | | | | | | | | |
| 340. --Gilead Science | | | | | Sold (part) | 01/09/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. --Glaxosmithkline PLC | | | | | Buy (add'l) | 12/31/14 | J | | |
| 342. --Google Inc | | | | | Buy (add'l) | 06/24/14 | J | | |
| 343. --Gramercy Property Trust Inc | | | | | Buy | 10/13/14 | J | | |
| 344. --Gulfport Energy Corp New | | | | | | | | | |
| 345. --H Lundbeck as Spon ADR | | | | | Buy | 12/09/14 | J | | |
| 346. --Hain Celestial Group Inc | | | | | Buy (add'l) | 12/29/14 | J | | |
| 347. --HCP Incorporated | | | | | | | | | |
| 348. --Health Care REIT Inc | | | | | | | | | |
| 349. --Henderson Ld Dev Co Ltd | | | | | Buy | 05/30/14 | J | | |
| 350. | | | | | Sold | 08/27/14 | J | A | |
| 351. | | | | | Buy | 12/17/14 | J | | |
| 352. --Home Retail Group ADR | | | | | | | | | |
| 353. --Hospitality Pptys Tr Com SBI | | | | | | | | | |
| 354. --Host Hotel & Resorts Inc | | | | | | | | | |
| 355. --HSBC Holdings PLC | | | | | Buy | 01/23/14 | J | | |
| 356. | | | | | Buy (add'l) | 11/19/14 | J | | |
| 357. --Husky Energy | | | | | Buy | 09/22/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

| | NONE *(No reportable income, assets, or transactions.)* |
|---|---|

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. --Ill Tool Works Inc. | | | | | | | | | |
| 359. --Impala Platinum Hldgs Ltd | | | | | Buy | 09/15/14 | J | | |
| 360. --ING Groep NV ADR | | | | | Sold (part) | 01/23/14 | J | A | |
| 361. --Intel Corp | | | | | Buy | 10/14/14 | J | | |
| 362. --Intercontinentalexchange Inc | | | | | | | | | |
| 363. --IBM | | | | | Sold | 06/24/14 | J | A | |
| 364. --Isis Pharm Inc | | | | | Buy | 12/10/14 | J | | |
| 365. --Johnson & Johnson | | | | | | | | | |
| 366. --KB Financial Grp Inc Sons ADR | | | | | | | | | |
| 367. --Kinross Gold Corp | | | | | Sold | 11/03/14 | J | | |
| 368. --Kraft Foods Group Inc | | | | | Buy | 12/12/14 | J | | |
| 369. --Lexington Realty Trust | | | | | | | | | |
| 370. --Linkedin Corp-A | | | | | Sold | 07/24/14 | J | B | |
| 371. --LKQ Corporation | | | | | | | | | |
| 372. --Lorillard Inc | | | | | Buy | 09/22/14 | J | | |
| 373. --LTC Properties Inc | | | | | | | | | |
| 374. --Mallinckrodt Public Ltd Co | | | | | Buy | 08/18/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 26 of 60

Name of Person Reporting

Sammartino, Janis L.

Date of Report

05/12/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Buy (add'l) | 08/28/14 | J | | |
| 376. --Manpowergroup INC COM | | | | | | | | | |
| 377. --Maximus Inc | | | | | | | | | |
| 378. --Mead Johnson Nutrition Company | | | | | | | | | |
| 379. --Michael Kors Holdings Ltd | | | | | | | | | |
| 380. --Mitsubishi Tanbe Phrm Cp ADR | | | | | | | | | |
| 381. --Mobile Telesytems Ojsc | | | | | Buy | 09/22/14 | J | | |
| 382. | | | | | Sold | 12/31/14 | J | | |
| 383. --Mondelez Intl Inc Com | | | | | | | | | |
| 384. --Monmouth RL Est Invt Cp A | | | | | | | | | |
| 385. --MS&AD Ins Group | | | | | | | | | |
| 386. --MSC Indl Direct Co | | | | | Sold | 11/13/14 | J | B | |
| 387. --National Retail Properties | | | | | | | | | |
| 388. --Nippon Telegraph&Telephone | | | | | | | | | |
| 389. --Noble Corp PLC Shs Usd | | | | | Buy | 09/22/14 | J | | |
| 390. --NPS Pharmaceuticals Inc | | | | | Sold | 08/12/14 | J | B | |
| 391. --Oreilly Automotive Inc | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392.  --Oracle Corp | | | | | Sold | 11/13/14 | J | A | |
| 393.  --Orange New | | | | | Buy | 09/22/14 | J | | |
| 394.  --Panasonic Corp | | | | | Sold (part) | 02/14/14 | J | | |
| 395.  --Pepsico Inc | | | | | | | | | |
| 396.  --Perrigo Co Ltd | | | | | Buy | 09/25/14 | J | | |
| 397.  --Petrochina Co Ltd | | | | | Buy | 09/22/14 | J | | |
| 398.  --Pharmacyclics Inc | | | | | Buy | 08/22/14 | J | | |
| 399.  --Posco ADS | | | | | Buy | 05/08/14 | J | | |
| 400.  --Potash Cp of Saskatchewan Inc | | | | | Buy | 09/22/14 | J | | |
| 401.  --Powershares Qqq Tr | | | | | Buy | 08/14/14 | J | | |
| 402. | | | | | Sold | 12/17/14 | J | A | |
| 403.  --Praxair Inc | | | | | | | | | |
| 404.  --Precision Castparts Corp | | | | | | | | | |
| 405.  --Priceline.com Inc | | | | | | | | | |
| 406.  --Public Storage | | | | | Sold (part) | 09/22/14 | J | A | |
| 407.  --Qualcomm Inc | | | | | | | | | |
| 408.  --Questor Pharm Inc | | | | | Sold | 08/18/14 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. --Realty Income Corp | | | | | | | | | |
| 410. --Reynolds American Inc | | | | | Buy | 09/22/14 | J | | |
| 411. --Rio Tinto Plc | | | | | Buy | 11/25/14 | J | | |
| 412. --Rohm Co Ltd | | | | | | | | | |
| 413. --Ross Stores Inc | | | | | | | | | |
| 414. --Royal Bank of Canada | | | | | Buy | 09/22/14 | J | | |
| 415. --Royal DSM NV Sponsored ADR | | | | | | | | | |
| 416. --Royal Dutch Shell PLC (RDS'A) | | | | | Buy | 09/22/14 | J | | |
| 417. --Royal Dutch Shell PLC | | | | | Buy (add'l) | 10/17/14 | J | | |
| 418. --Sally Beauty Hodgs Inc | | | | | | | | | |
| 419. --Sanofi ADR | | | | | Buy (add'l) | 10/28/14 | J | | |
| 420. --Schlumberger Ltd | | | | | | | | | |
| 421. --Sekisui House Ltd | | | | | | | | | |
| 422. --Senior Hsg Ppty Tr SBI | | | | | | | | | |
| 423. --Seven & I Holdgs Co | | | | | | | | | |
| 424. --Shaw Communic Inc | | | | | Buy | 09/22/14 | J | | |
| 425. --Shiseido Ltd | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. --Siemens Aktiengesellschaft | | | | | | | | | |
| 427. --Silver Bay Realty Trust Cp | | | | | | | | | |
| 428. --Simon Ppty Group Inc | | | | | Sold (part) | 09/22/14 | J | | |
| 429. --SK Telecom Co | | | | | Sold (part) | 07/31/14 | J | A | |
| 430. --Sky PLC | | | | | Buy | 12/12/14 | J | | |
| 431. --Staples Inc | | | | | Buy | 09/22/14 | J | | |
| 432. --Starbucks Corp | | | | | | | | | |
| 433. --Stericycle Inc | | | | | | | | | |
| 434. --Sumitomo Mitsui Tr Hldgs | | | | | | | | | |
| 435. --Sun Life Finl Svcs | | | | | Buy | 09/22/14 | J | | |
| 436. --Swiss Re Ltd Sponsored Adr | | | | | Buy | 09/22/14 | J | | |
| 437. --Swisscom Ag ADR | | | | | Sold (part) | 04/24/14 | J | A | |
| 438. --Takata Corp Tokyo ADR | | | | | Buy | 06/27/14 | J | | |
| 439. | | | | | Sold | 11/12/14 | J | | |
| 440. --Talisman Energy Inc | | | | | Sold | 10/16/14 | J | | |
| 441. --Tanger Factory Outlet Centers | | | | | | | | | |
| 442. --Teck Resources Ltd | | | | | Buy | 09/22/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 30 of 60

**Name of Person Reporting**

Sammartino, Janis L.

**Date of Report**

05/12/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. --Telcom Italia | | | | | Sold (part) | 02/05/14 | J | | |
| 444. | | | | | Sold (part) | 06/05/14 | J | A | |
| 445. | | | | | Sold (part) | 10/24/14 | J | A | |
| 446. --Telefonica Brasil Sa Spon Adr | | | | | Buy | 09/22/14 | J | | |
| 447. --Telefonica Sa Adr | | | | | Buy | 09/22/14 | J | | |
| 448. --Telenor Asa Adr | | | | | Buy | 04/02/14 | J | | |
| 449. | | | | | Buy (add'l) | 09/22/14 | J | | |
| 450. --Telstra Corp Ltd Spon Adr | | | | | Buy | 09/22/14 | J | | |
| 451. --Telus Corp New | | | | | Buy | 09/22/14 | J | | |
| 452. --Tesco PLC Sponsored ADR | | | | | Buy (add'l) | 09/22/14 | J | | |
| 453. --TEVA Pharmaceuticals | | | | | | | | | |
| 454. --TNT Express NV | | | | | | | | | |
| 455. --Total S A Spon Adr | | | | | Buy | 09/22/14 | J | | |
| 456. --Toyota Motor Cp | | | | | | | | | |
| 457. --Transdigm Group Inc | | | | | | | | | |
| 458. --Transocean Ltd | | | | | Buy | 09/22/14 | J | | |
| 459. | | | | | Sold | 11/10/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 31 of 60

Name of Person Reporting

Sammartino, Janis L.

Date of Report

05/12/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. --TSB Bkg Group Plc Adr Repstg | | | | | Buy | 12/12/14 | J | | |
| 461. --UBS Ag New | | | | | | | | | |
| 462. --Ulta Salon Cos & Fragr Inc | | | | | | | | | |
| 463. --VF Corp | | | | | | | | | |
| 464. --Vallourec SA New Spon ADR | | | | | | | | | |
| 465. --Ventas Inc | | | | | | | | | |
| 466. --Verizon Communications | | | | | Buy | 02/21/14 | J | | |
| 467. | | | | | Sold | 02/26/14 | J | | |
| 468. | | | | | Buy | 09/22/14 | J | | |
| 469. | | | | | Buy (add'l) | 09/22/14 | J | | |
| 470. --Visa Inc | | | | | | | | | |
| 471. --Vivendi SA Unspon ADR | | | | | Sold | 03/10/14 | J | A | |
| 472. --Vodafone Gp | | | | | Sold | 03/24/14 | J | A | |
| 473. | | | | | Buy | 09/22/14 | J | | |
| 474. --Vornado Realty TR S B 1 | | | | | | | | | |
| 475. --Wacoal Cp | | | | | | | | | |
| 476. --Waste Connections | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 32 of 60

**Name of Person Reporting**

**Sammartino, Janis L.**

**Date of Report**

05/12/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. --Weatherford International Ltd | | | | | Sold | 06/05/14 | J | B | |
| 478. --Weingarten Realty Inv SBI | | | | | | | | | |
| 479. --Weyerhaeuser Co | | | | | | | | | |
| 480. --Wolters Kluwer | | | | | Sold (part) | 02/12/14 | J | A | |
| 481. -Preferred Stocks | | | | | | | | | |
| 482. --CBL & Assoc Prop 7.375 Ser D | | | | | Sold | 04/21/14 | J | | |
| 483. --Centrais Elec Bras ADR | | | | | | | | | |
| 484. -Exchange-Traded & Closed-End Funds | | | | | | | | | |
| 485. --Ishares 7-10 yr Treasry Bd ETF | | | | | Buy | 05/01/14 | L | | |
| 486. | | | | | Sold (part) | 06/17/14 | L | | |
| 487. | | | | | Sold (part) | 07/01/14 | K | | |
| 488. | | | | | Buy (add'l) | 07/16/14 | K | | |
| 489. | | | | | Sold | 09/16/14 | L | | |
| 490. | | | | | Buy | 12/16/14 | K | | |
| 491. --Ishares Barclays 1-3 Yr Tsy Bd | | | | | Buy | 02/14/14 | L | | |
| 492. | | | | | Buy (add'l) | 02/18/14 | J | | |
| 493. | | | | | Sold | 03/04/14 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. | | | | | Buy | 08/01/14 | K | | |
| 495. | | | | | Sold | 09/02/14 | K | | |
| 496. | | | | | Buy | 10/01/14 | K | | |
| 497. | | | | | Buy (add'l) | 10/16/14 | L | | |
| 498. | | | | | Sold (part) | 11/03/14 | K | A | |
| 499. | | | | | Sold | 11/18/14 | L | | |
| 500. --Ishares Msci Emerging Mkts Etf | | | | | Buy | 08/19/14 | J | | |
| 501. | | | | | Sold (part) | 09/22/14 | J | | |
| 502. | | | | | Sold | 09/30/14 | J | | |
| 503. --Ishares Russell 2000 ETF | | | | | Sold (part) | 01/28/14 | J | | |
| 504. | | | | | Sold (part) | 03/26/14 | J | | |
| 505. | | | | | Sold (part) | 05/01/14 | K | | |
| 506. | | | | | Sold (part) | 05/20/14 | K | | |
| 507. | | | | | Sold (part) | 07/16/14 | K | | |
| 508. | | | | | Sold (part) | 08/01/14 | K | | |
| 509. | | | | | Sold (part) | 10/01/14 | K | | |
| 510. | | | | | Buy (add'l) | 12/16/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511.  --Ishares S&P Midcap 400 Index | | | | | Buy | 06/17/14 | K | | |
| 512. | | | | | Buy (add'l) | 07/01/14 | J | | |
| 513. | | | | | Sold (part) | 08/01/14 | K | | |
| 514. | | | | | Buy (add'l) | 09/02/14 | K | | |
| 515. | | | | | Sold (part) | 10/16/14 | K | | |
| 516. | | | | | Buy (add'l) | 11/18/14 | K | | |
| 517. | | | | | Sold (part) | 12/16/14 | K | | |
| 518.  --Ishares 3-7 Treasure Bd Etf | | | | | Buy | 02/14/14 | L | | |
| 519. | | | | | Sold | 03/04/14 | L | | |
| 520. | | | | | Buy | 08/01/14 | K | | |
| 521. | | | | | Sold | 09/02/14 | K | A | |
| 522.  --Proshares Ultra Midcap 400 | | | | | Buy | 06/17/14 | J | | |
| 523. | | | | | Sold (part) | 07/16/14 | J | | |
| 524. | | | | | Sold (part) | 08/01/14 | J | | |
| 525. | | | | | Sold (part) | 10/16/14 | J | | |
| 526. | | | | | Buy (add'l) | 11/18/14 | J | | |
| 527. | | | | | Sold (part) | 12/16/14 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 60

Name of Person Reporting

Sammartino, Janis L.

Date of Report

05/12/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528.  --Proshares Ultr 7-10 Year Tr | | | | | Buy | 02/17/14 | K | | |
| 529. | | | | | Sold | 03/04/14 | L | A | |
| 530. | | | | | Buy | 05/01/14 | J | | |
| 531. | | | | | Buy (add'l) | 05/20/14 | J | | |
| 532. | | | | | Sold (part) | 06/17/14 | K | | |
| 533. | | | | | Buy (add'l) | 07/16/14 | J | | |
| 534. | | | | | Buy (add'l) | 08/18/14 | J | | |
| 535. | | | | | Sold (part) | 09/16/14 | K | | |
| 536. | | | | | Buy (add'l) | 10/16/14 | J | | |
| 537. | | | | | Sold (part) | 11/18/14 | J | | |
| 538. | | | | | Buy (add'l) | 12/16/14 | J | | |
| 539.  --Proshares Ultra Russell2000 | | | | | Buy | 03/04/14 | K | | |
| 540. | | | | | Sold (part) | 05/01/14 | J | | |
| 541. | | | | | Sold (part) | 05/20/14 | K | | |
| 542. | | | | | Buy (add'l) | 06/17/14 | J | | |
| 543. | | | | | Sold (part) | 07/16/14 | J | | |
| 544. | | | | | Buy (add'l) | 07/01/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 36 of 60

Name of Person Reporting

Sammartino, Janis L.

Date of Report

05/12/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. | | | | | Sold (part) | 08/01/14 | J | | |
| 546. | | | | | Buy (add'l) | 09/02/14 | J | | |
| 547. | | | | | Sold (part) | 10/01/14 | J | | |
| 548. --Proshares Ultra S&P500 | | | | | Buy | 03/04/14 | K | | |
| 549. | | | | | Sold (part) | 05/20/14 | K | A | |
| 550. | | | | | Sold (part) | 07/01/14 | J | A | |
| 551. | | | | | Buy (add'l) | 07/16/14 | J | | |
| 552. | | | | | Buy (add'l) | 08/01/14 | J | | |
| 553. | | | | | Sold (part) | 08/18/14 | J | | |
| 554. | | | | | Sold (part) | 09/02/14 | J | B | |
| 555. | | | | | Buy (add'l) | 09/16/14 | J | | |
| 556. | | | | | Buy (add'l) | 10/01/14 | J | | |
| 557. | | | | | Sold (part) | 10/16/14 | J | | |
| 558. | | | | | Buy (add'l) | 11/18/14 | J | | |
| 559. | | | | | Sold (part) | 12/16/14 | J | A | |
| 560. --S & P 500 Index Fund | | | | | Buy | 03/04/14 | L | | |
| 561. | | | | | Sold (part) | 05/20/14 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

**Sammartino, Janis L.**

Date of Report

05/12/2015

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. | | | | | Sold (part) | 07/01/14 | K | B | |
| 563. | | | | | Buy (add'l) | 07/16/14 | K | | |
| 564. | | | | | Buy (add'l) | 08/01/14 | K | | |
| 565. | | | | | Sold (part) | 08/18/14 | K | | |
| 566. | | | | | Sold (part) | 09/02/14 | K | B | |
| 567. | | | | | Buy (add'l) | 09/16/14 | K | | |
| 568. | | | | | Buy (add'l) | 10/01/14 | J | | |
| 569. | | | | | Sold (part) | 10/16/14 | K | | |
| 570. | | | | | Buy (add'l) | 11/18/14 | K | | |
| 571. | | | | | Sold (part) | 12/16/14 | K | B | |
| 572. --SPDR Barclays Capital 1-3 Mont | | | | | Buy (add'l) | 01/28/14 | J | | |
| 573. | | | | | Buy (add'l) | 02/04/14 | K | | |
| 574. | | | | | Sold (part) | 02/10/14 | K | | |
| 575. | | | | | Sold (part) | 02/14/14 | J | | |
| 576. | | | | | Sold (part) | 02/24/14 | J | | |
| 577. | | | | | Buy (add'l) | 03/14/14 | J | | |
| 578. | | | | | Buy (add'l) | 03/26/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting: **Sammartino, Janis L.**

Date of Report: 05/12/2015

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. | | | | | Sold (part) | 04/01/14 | J | | |
| 580. | | | | | Buy (add'l) | 04/07/14 | J | | |
| 581. | | | | | Sold (part) | 05/12/14 | J | | |
| 582. | | | | | Buy (add'l) | 08/01/14 | J | | |
| 583. | | | | | Sold (part) | 08/14/14 | J | | |
| 584. | | | | | Sold (part) | 08/19/14 | J | | |
| 585. | | | | | Buy (add'l) | 09/22/14 | J | | |
| 586. | | | | | Buy (add'l) | 09/30/14 | J | | |
| 587. | | | | | Sold (part) | 10/03/14 | J | | |
| 588. | | | | | Buy (add'l) | 10/09/14 | K | | |
| 589. | | | | | Sold (part) | 10/21/14 | K | | |
| 590. | | | | | Sold (part) | 11/03/14 | J | | |
| 591. | | | | | Buy (add'l) | 12/15/14 | J | | |
| 592. | | | | | Buy (add'l) | 12/16/14 | J | | |
| 593. | | | | | Buy (add'l) | 12/17/14 | J | | |
| 594. | | | | | Sold (part) | 12/18/14 | J | | |
| 595. | | | | | Sold (part) | 12/22/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. --SPDR Trust Seris I | | | | | Sold (part) | 02/04/14 | K | A | |
| 597. | | | | | Buy (add'l) | 02/10/14 | K | | |
| 598. | | | | | Buy (add'l) | 02/24/14 | J | | |
| 599. | | | | | Sold (part) | 03/14/14 | J | A | |
| 600. | | | | | Buy (add'l) | 04/01/14 | J | | |
| 601. | | | | | Sold (part) | 04/07/14 | J | A | |
| 602. | | | | | Buy (add'l) | 05/12/14 | J | | |
| 603. | | | | | Sold (part) | 08/01/14 | J | A | |
| 604. | | | | | Sold (part) | 10/09/14 | K | A | |
| 605. | | | | | Sold (part) | 10/13/14 | J | A | |
| 606. | | | | | Buy (add'l) | 10/21/14 | J | | |
| 607. | | | | | Buy (add'l) | 10/31/14 | J | | |
| 608. | | | | | Buy (add'l) | 11/03/14 | J | | |
| 609. | | | | | Sold (part) | 12/15/14 | K | A | |
| 610. | | | | | Sold (part) | 12/16/14 | J | A | |
| 611. | | | | | Buy (add'l) | 12/18/14 | J | | |
| 612. | | | | | Buy (add'l) | 12/22/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. -Other Mutual Funds | | | | | | | | | |
| 614. --Lazard Emerging Markets Open Mutual Fund | | | | | Sold (part) | 02/14/14 | M | | |
| 615. | | | | | Sold | 02/18/14 | K | A | |
| 616. TRUST #5 (MS FID SVCS ) | D | Int./Div. | O | T | | | | | |
| 617. -MS Liquid Asset Fund | | | | | | | | | |
| 618. -Common Stocks: | | | | | | | | | |
| 619. --Amer Intl Gp Inc New (AIG) | | | | | Sold (part) | 07/25/14 | J | B | |
| 620. | | | | | Sold (part) | 08/27/14 | J | B | |
| 621. | | | | | Sold (part) | 08/28/14 | J | A | |
| 622. | | | | | Sold (part) | 09/19/14 | J | B | |
| 623. | | | | | Sold (part) | 12/03/14 | J | B | |
| 624. --Anglogold Ashanti Ltd | | | | | Sold (part) | 04/09/14 | J | | |
| 625. --AON Corp | | | | | | | | | |
| 626. --Apache Corp | | | | | Sold (part) | 12/08/14 | J | | |
| 627. --Avery Dennison Corporation | | | | | Buy (add'l) | 01/06/14 | J | | |
| 628. | | | | | Buy (add'l) | 04/23/14 | J | | |
| 629. --Avon Products Inc | | | | | Sold | 11/20/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. --Barrick Gold Corp | | | | | Sold | 04/21/14 | J | | |
| 631. --Bio Rad Lab A | | | | | Buy (add'l) | 03/21/14 | J | | |
| 632. | | | | | Buy (add'l) | 06/12/14 | J | | |
| 633. | | | | | Buy (add'l) | 06/23/14 | J | | |
| 634. | | | | | Buy (add'l) | 11/05/14 | J | | |
| 635. --Brandywine Realty Tr | | | | | Buy | 07/29/14 | J | | |
| 636. | | | | | Buy (add'l) | 07/30/14 | J | | |
| 637. | | | | | Buy (add'l) | 08/01/14 | J | | |
| 638. | | | | | Buy (add'l) | 10/02/14 | J | | |
| 639. --CA Incorporated | | | | | | | | | |
| 640. --Canadian Natural Resources Ltd | | | | | Sold (part) | 01/31/14 | J | | |
| 641. | | | | | Sold (part) | 02/03/14 | J | | |
| 642. | | | | | Sold (part) | 04/17/14 | J | A | |
| 643. | | | | | Sold (part) | 06/24/14 | J | A | |
| 644. | | | | | Sold (part) | 07/21/14 | J | A | |
| 645. | | | | | Sold (part) | 08/26/14 | J | A | |
| 646. --Centurylink Inc | | | | | Sold (part) | 04/15/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. | | | | | Sold (part) | 08/14/14 | J | A | |
| 648. | | | | | Sold (part) | 08/15/14 | J | A | |
| 649. | | | | | Sold | 11/10/14 | J | B | |
| 650. --Cit Group Inc New | | | | | Buy | 07/18/14 | J | | |
| 651. | | | | | Buy (add'l) | 07/23/14 | J | | |
| 652. | | | | | Buy (add'l) | 08/07/14 | J | | |
| 653. | | | | | Buy (add'l) | 08/22/14 | J | | |
| 654. | | | | | Buy (add'l) | 10/17/14 | J | | |
| 655. --Citigroup Inc. | | | | | Buy (add'l) | 01/17/14 | J | | |
| 656. | | | | | Sold (part) | 12/15/14 | J | A | |
| 657. --Coherent Inc | | | | | Buy | 12/03/14 | J | | |
| 658. | | | | | Buy (add'l) | 12/04/14 | J | | |
| 659. --Copa Holdings | | | | | Buy | 11/18/14 | J | | |
| 660. | | | | | Buy (add'l) | 11/19/14 | J | | |
| 661. --Delphi Automotive | | | | | Sold (part) | 04/01/14 | J | B | |
| 662. | | | | | Sold (part) | 08/07/14 | J | C | |
| 663. | | | | | Sold | 08/08/14 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Sammartino, Janis L.

05/12/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664.  --Denbury Resources Inc | | | | | | | | | |
| 665.  --Ebay Inc | | | | | Buy | 09/17/14 | J | | |
| 666. | | | | | Buy (add'l) | 09/18/14 | J | | |
| 667. | | | | | Buy (add'l) | 09/19/14 | J | | |
| 668. | | | | | Buy (add'l) | 09/22/14 | J | | |
| 669. | | | | | Buy (add'l) | 10/16/14 | J | | |
| 670.  --Express Inc | | | | | Buy | 01/14/14 | J | | |
| 671. | | | | | Buy (add'l) | 01/15/14 | J | | |
| 672. | | | | | Buy (add'l) | 01/16/14 | J | | |
| 673. | | | | | Buy (add'l) | 01/17/14 | J | | |
| 674. | | | | | Buy (add'l) | 02/20/14 | J | | |
| 675.  --FBR & Co | | | | | Buy (add'l) | 12/22/14 | J | | |
| 676.  --Ford Motor Co | | | | | Buy | 02/11/14 | J | | |
| 677.  --GM | | | | | | | | | |
| 678.  --Harman Intl Inds | | | | | Sold (part) | 01/31/14 | J | B | |
| 679. | | | | | Sold (part) | 02/12/14 | J | B | |
| 680. | | | | | Sold | 06/11/14 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

| Sammartino, Janis L. | 05/12/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. --Hartford Fin Sers Grp | | | | | Sold (part) | 05/01/14 | J | | |
| 682. | | | | | Sold (part) | 07/28/14 | J | | |
| 683. | | | | | Sold (part) | 08/22/14 | J | C | |
| 684. --Impax Laboratories Inc | | | | | Buy | 04/10/14 | J | | |
| 685. | | | | | Buy (add'l) | 04/11/14 | J | | |
| 686. | | | | | Buy (add'l) | 04/14/14 | J | | |
| 687. | | | | | Sold (part) | 12/23/14 | J | A | |
| 688. --International Game Tech | | | | | Buy | 06/10/14 | J | | |
| 689. | | | | | Sold | 07/16/14 | J | B | |
| 690. --Ingersoll-Rand PLC | | | | | Buy (add'l) | 04/07/14 | J | | |
| 691. --Interpublic Group of Cos Inc | | | | | Buy (add'l) | 04/24/14 | J | | |
| 692. | | | | | Sold (part) | 12/01/14 | J | B | |
| 693. --JP Morgan Chase | | | | | | | | | |
| 694. --Loews Corp | | | | | | | | | |
| 695. --LSI Corp | | | | | Sold (part) | 01/14/14 | J | B | |
| 696. | | | | | Sold (part) | 01/24/14 | J | B | |
| 697. | | | | | Sold | 05/06/14 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT** | Name of Person Reporting | Date of Report

Sammartino, Janis L.

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698.  --McDonalds Corp | | | | | Buy | 09/10/14 | J | | |
| 699. | | | | | Sold | 11/19/14 | J | A | |
| 700.  --MKS Instruments | | | | | Sold (part) | 07/24/14 | J | A | |
| 701. | | | | | Sold | 07/25/14 | J | B | |
| 702.  --McDermott International Inc | | | | | Sold (part) | 12/08/14 | J | | |
| 703. | | | | | Sold | 12/31/14 | J | | |
| 704.  --Metro AG Unspon ADR | | | | | Sold | 05/06/14 | J | | |
| 705. | | | | | Buy | 08/15/14 | J | | |
| 706. | | | | | Buy (add'l) | 08/18/14 | J | | |
| 707. | | | | | Buy (add'l) | 08/19/14 | J | | |
| 708. | | | | | Buy (add'l) | 08/20/14 | J | | |
| 709. | | | | | Buy (add'l) | 10/01/14 | J | | |
| 710. | | | | | Buy (add'l) | 10/02/14 | J | | |
| 711.  --Microsoft Corp | | | | | Sold (part) | 07/14/14 | J | A | |
| 712. | | | | | Sold (part) | 09/23/14 | J | B | |
| 713.  --Norwegian Cruise Line Hlds Inc | | | | | Sold (part) | 08/22/14 | J | A | |
| 714. | | | | | Sold (part) | 11/06/14 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. | | | | | Sold (part) | 11/10/14 | J | A | |
| 716. | | | | | Sold (part) | 12/09/14 | J | A | |
| 717. | | | | | Sold (part) | 12/10/14 | J | A | |
| 718. --NRG Energy Inc | | | | | Buy (add'l) | 07/21/14 | J | | |
| 719. | | | | | Buy (add'l) | 09/15/14 | J | | |
| 720. | | | | | Buy (add'l) | 09/19/14 | J | | |
| 721. --Occidental Petroleum Corp | | | | | Buy | 01/31/14 | J | | |
| 722. | | | | | Buy (add'l) | 02/03/14 | J | | |
| 723. --Oracle Corp | | | | | | | | | |
| 724. --Orkla ADR A Shs | | | | | Buy (add'l) | 12/18/14 | J | | |
| 725. --Paccar Inc | | | | | Sold (part) | 02/21/14 | J | A | |
| 726. --Paramount Group Inc | | | | | Buy | 11/19/14 | J | | |
| 727. --Pennymac Mortgage Investment | | | | | | | | | |
| 728. --Pfizer Inc | | | | | Sold (part) | 04/30/14 | J | C | |
| 729. | | | | | Buy (add'l) | 08/04/14 | J | | |
| 730. | | | | | Buy (add'l) | 10/15/14 | J | | |
| 731. --Phillips 66 Com | | | | | Buy | 11/17/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. | | | | | Buy (add'l) | 12/11/14 | J | | |
| 733. --PMC Sierra Inc | | | | | Sold (part) | 01/22/14 | J | A | |
| 734. | | | | | Sold | 01/31/14 | J | A | |
| 735. --Private Bancorp Inc | | | | | Sold (part) | 01/21/14 | J | B | |
| 736. | | | | | Sold (part) | 01/31/14 | J | A | |
| 737. --Redwood Trust Inc | | | | | | | | | |
| 738. --Reinsurance Group of America | | | | | Sold (part) | 04/25/14 | J | C | |
| 739. --Royal Dutch Shell Plc | | | | | Buy | 12/08/14 | J | | |
| 740. | | | | | Buy (add'l) | 12/23/14 | J | | |
| 741. --Sanofi ADR | | | | | Sold (part) | 04/08/14 | J | A | |
| 742. | | | | | Sold (part) | 04/09/14 | J | B | |
| 743. | | | | | Buy (add'l) | 10/15/14 | J | | |
| 744. | | | | | Buy (add'l) | 11/18/14 | J | | |
| 745. --Talisman Energy Inc | | | | | Buy (add'l) | 03/25/14 | J | | |
| 746. | | | | | Buy (add'l) | 03/26/14 | J | | |
| 747. --Target Corporation | | | | | Buy | 02/07/14 | J | | |
| 748. | | | | | Buy (add'l) | 02/10/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. | | | | | Buy (add'l) | 02/12/14 | J | | |
| 750. | | | | | Buy (add'l) | 05/22/14 | J | | |
| 751. --Teradyne Inc | | | | | Buy (add'l) | 04/29/14 | J | | |
| 752. | | | | | Buy (add'l) | 05/01/14 | J | | |
| 753. --Tesoro Petroleum CP | | | | | Sold (part) | 08/18/14 | J | A | |
| 754. | | | | | Sold (part) | 08/19/14 | J | A | |
| 755. | | | | | Sold (part) | 08/21/14 | J | B | |
| 756. | | | | | Sold | 08/22/14 | J | A | |
| 757. --Teva Pharmaceuticals | | | | | Buy (add'l) | 01/08/14 | J | | |
| 758. | | | | | Sold (part) | 03/19/14 | J | A | |
| 759. --Unumprovident Corp | | | | | | | | | |
| 760. --Verifone Systems Inc | | | | | Buy (add'l) | 01/03/14 | J | | |
| 761. | | | | | Buy (add'l) | 02/20/14 | J | | |
| 762. | | | | | Buy (add'l) | 02/21/14 | J | | |
| 763. | | | | | Sold (part) | 10/07/14 | J | A | |
| 764. | | | | | Sold (part) | 10/08/14 | J | A | |
| 765. --Viacom Inc | | | | | Buy (add'l) | 11/11/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. --Willis Group Holdings PLC | | | | | Sold (part) | 02/13/14 | J | A | |
| 767. | | | | | Sold (part) | 02/14/14 | J | A | |
| 768. | | | | | Sold (part) | 02/18/14 | J | A | |
| 769. | | | | | Sold | 02/19/14 | J | A | |
| 770. --Zions Bancorp | | | | | Buy | 08/21/14 | J | | |
| 771. | | | | | Buy (add'l) | 08/22/14 | J | | |
| 772. | | | | | Buy (add'l) | 08/27/14 | J | | |
| 773. | | | | | Sold (part) | 12/19/14 | J | | |
| 774. | | | | | Sold (part) | 12/22/14 | J | | |
| 775. TRUST #6 (MS FID SVCS ACTIVE ASSETS -974) | E | Int./Div. | O | T | | | | | |
| 776. -MS Liquid Asset Fund | | | | | | | | | |
| 777. -Common Stocks: | | | | | | | | | |
| 778. --Abbvie Inc Com | | | | | Buy | 08/04/14 | K | | |
| 779. --American Water Works Co | | | | | | | | | |
| 780. --AT&T | | | | | | | | | |
| 781. --Baxter Intl Inc | | | | | | | | | |
| 782. --BCE Inc | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783. --BK Montreal | | | | | | | | | |
| 784. --CA Incorporated | | | | | Sold | 01/15/14 | K | C | |
| 785. --Cisco Sys Inc | | | | | | | | | |
| 786. --CME Group Inc | | | | | | | | | |
| 787. --Darden Restaurants | | | | | Buy | 02/27/14 | J | | |
| 788. | | | | | Sold (part) | 11/25/14 | J | A | |
| 789. | | | | | Sold | 12/17/14 | J | B | |
| 790. --Digital Realty Trust Inc. | | | | | | | | | |
| 791. --Eaton Corp Plc | | | | | Buy | 07/07/14 | K | | |
| 792. --Energy Trans Eqty LP | | | | | | | | | |
| 793. --Energy Transfer Partners | | | | | | | | | |
| 794. --Ensco PLC Class A | | | | | | | | | |
| 795. --Enterprise Prod Prtners LP | | | | | | | | | |
| 796. --GE | | | | | Sold (part) | 01/22/14 | J | A | |
| 797. --Glaxosmithkline PLC | | | | | | | | | |
| 798. --Golar Lng Ltd | | | | | | | | | |
| 799. --HCP Inc | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800.  --Host Hotel & Resorts Inc | | | | | Buy | 10/20/14 | J | | |
| 801.  --Intel Corp | | | | | Sold (part) | 01/22/14 | J | A | |
| 802. | | | | | Sold (part) | 10/02/14 | J | B | |
| 803. | | | | | Sold (part) | 12/09/14 | K | D | |
| 804.  --International Paper | | | | | Sold (part) | 02/27/14 | J | B | |
| 805. | | | | | Sold (part) | 04/04/14 | J | C | |
| 806. | | | | | Sold | 07/16/14 | J | C | |
| 807.  --Johnson & Johnson | | | | | | | | | |
| 808.  --Kinder Morgan Energy | | | | | Sold | 12/03/14 | K | E | |
| 809.  --Kinder Morgan Incorp | | | | | Buy | 12/03/14 | K | | |
| 810.  --Lamar Advertising Co | | | | | Buy | 08/19/14 | J | | |
| 811. | | | | | Buy (add'l) | 08/25/14 | J | | |
| 812. | | | | | Buy (add'l) | 09/02/14 | J | | |
| 813. | | | | | Buy (add'l) | 09/05/14 | J | | |
| 814. | | | | | Buy (add'l) | 10/15/14 | J | | |
| 815.  --Linn Energy LLC | | | | | Sold | 12/09/14 | J | | |
| 816.  --Lyondellbasell Nv | | | | | Buy | 10/15/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Sammartino, Janis L.

05/12/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 817. | | | | | Buy (add'l) | 12/09/14 | J | | |
| 818.  --Markwest Engy Ptnrs Lp | | | | | Buy | 12/18/14 | K | | |
| 819.  --Mattell Inc | | | | | Buy | 03/20/14 | J | | |
| 820. | | | | | Buy (add'l) | 03/26/14 | J | | |
| 821. | | | | | Sold | 10/17/14 | J | | |
| 822.  --Maxim Integrated Products Inc | | | | | | | | | |
| 823.  --Merck & Co | | | | | Sold (part) | 02/27/14 | J | B | |
| 824. | | | | | Sold (part) | 04/04/14 | J | C | |
| 825.  --Microchip Technology Inc | | | | | | | | | |
| 826.  --Microsoft Corp | | | | | Buy | 01/16/14 | K | | |
| 827.  --Natl Grid Transco | | | | | Sold (part) | 07/01/14 | J | C | |
| 828.  --Nisource Inc | | | | | Sold (part) | 02/27/14 | J | C | |
| 829. | | | | | Sold | 04/04/14 | J | C | |
| 830.  --Novartis Ag Adr | | | | | Buy | 01/09/14 | K | | |
| 831.  --Omega Healthcare Inv Inc | | | | | | | | | |
| 832.  --Oneok Partners LP | | | | | | | | | |
| 833.  --Pfizer Inc | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 834. --Plains All American Piplin | | | | | | | | | |
| 835. --Potash Cp of Saskatchewan Inc | | | | | Sold (part) | 08/14/14 | J | A | |
| 836. | | | | | Sold (part) | 09/05/14 | J | A | |
| 837. | | | | | Sold (part) | 10/02/14 | J | A | |
| 838. | | | | | Sold (part) | 10/07/14 | J | A | |
| 839. | | | | | Sold | 10/14/14 | J | | |
| 840. --Seadrill Ltd | | | | | Sold (part) | 08/14/14 | J | A | |
| 841. | | | | | Sold | 10/15/14 | J | | |
| 842. --Seagate Technology PLC | | | | | Buy | 04/28/14 | J | | |
| 843. | | | | | Buy (add'l) | 04/30/14 | J | | |
| 844. --Senior Hsg Ppty Tr | | | | | | | | | |
| 845. --Spectra Energy Corp | | | | | | | | | |
| 846. --Stmicroelectronics Nv | | | | | Buy | 12/17/14 | J | | |
| 847. | | | | | Buy (add'l) | 12/18/14 | J | | |
| 848. | | | | | Buy (add'l) | 12/19/14 | J | | |
| 849. | | | | | Buy (add'l) | 12/22/14 | J | | |
| 850. | | | | | Buy (add'l) | 12/29/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|

Sammartino, Janis L.

05/12/2015

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 851.  --Total S A Spon ADR | | | | | Sold (part) | 07/02/14 | J | C | |
| 852. | | | | | Sold | 07/16/14 | J | C | |
| 853.  --Verizon Communications | | | | | Buy | 02/21/14 | J | | |
| 854.  --Vodafone GP PLC | | | | | Sold (part) | 01/22/14 | J | B | |
| 855.  --Weyerhaeuser Co | | | | | Buy | 08/19/14 | J | | |
| 856. | | | | | Buy (add'l) | 11/25/14 | J | | |
| 857. | | | | | Buy (add'l) | 12/09/14 | J | | |
| 858.  --Williams Co Inc | | | | | Sold (part) | 02/27/14 | J | B | |
| 859.  TRUST #7 (MS ACTIVE ASSETS ACCT) | F | Int./Div. | P1 | T | | | | | |
| 860.  -MS Bank Account | | | | | | | | | |
| 861.  -Common Stocks | | | | | | | | | |
| 862.  --Apple Inc | | | | | Sold | 12/02/14 | K | D | |
| 863.  --Bank of America Corp | | | | | | | | | |
| 864.  --Ford Motor Co New | | | | | | | | | |
| 865.  --Gilead Science | | | | | Buy | 05/12/14 | K | | |
| 866.  -Preferred Stocks | | | | | | | | | |
| 867.  --Citigroup Inc 6.875% | | | | | Buy | 06/17/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/12/2015 |

Sammartino, Janis L.

05/12/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 868. --Fifth Third Bancorp 6.625%-I | | | | | Buy | 02/11/14 | K | | |
| 869. --Ing Groep stock | | | | | | | | | |
| 870. --Wells Fargo & Company 6.625% | | | | | Buy | 02/11/14 | K | | |
| 871. -Municipal Bonds | | | | | | | | | |
| 872. --CA St Genl Oblig Build America Mun Bond | | | | | | | | | |
| 873. -Corporate Bonds: | | | | | | | | | |
| 874. --Conocophillips | | | | | Sold | 02/03/14 | J | | |
| 875. --Altria Group Inc | | | | | Sold | 02/06/14 | K | | |
| 876. --Caterpillar Finl | | | | | Sold | 02/08/14 | J | | |
| 877. --Rio Tinto finance USA Ltd | | | | | Sold | 05/01/14 | J | | |
| 878. --Morgan Stanley (-CE3) | | | | | | | | | |
| 879. --Donnelley & Sons | | | | | Sold | 12/02/14 | K | A | |
| 880. --Morgan Stanley (-BR9) | | | | | Sold | 12/02/14 | L | C | |
| 881. --Boston Scientific Corp | | | | | Sold | 12/02/14 | K | A | |
| 882. --Comcast Corp | | | | | Sold | 12/02/14 | J | A | |
| 883. --Barclays Bank PLC | | | | | | | | | |
| 884. --Prologis Trust | | | | | Sold | 06/16/14 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

---

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 56 of 60 | Sammartino, Janis L. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 885. --Marathon Oil Corp | | | | | | | | | |
| 886. --General Electric Co | | | | | | | | | |
| 887. --Goldman Sachs Group Inc | | | | | | | | | |
| 888. --AT&T Inc (-AJ1) | | | | | | | | | |
| 889. --Verizon Communications | | | | | | | | | |
| 890. --Mondelez International | | | | | | | | | |
| 891. --Frontier Communications | | | | | | | | | |
| 892. --TYCO International Finan | | | | | | | | | |
| 893. --Boeing Co | | | | | | | | | |
| 894. --CVS Caremark Corp | | | | | | | | | |
| 895. --Indiana Michigan Power | | | | | | | | | |
| 896. --Lorillard Tobacco Co | | | | | | | | | |
| 897. --Altria Group Inc | | | | | | | | | |
| 898. --Step Up Callable Notes | | | | | Sold | 08/11/14 | K | | |
| 899. --Barclays Bank PLC | | | | | | | | | |
| 900. --General Elec Cap Corp | | | | | | | | | |
| 901. --Goldman Sachs Group Inc | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 902. --Hewlett Packard Co | | | | | | | | | |
| 903. -Countrywide Alternative Loan Trust | | | | | | | | | |
| 904. -JP Morgan Mortgage Trust (-AE0) | | | | | | | | | |
| 905. -Government Securities: | | | | | | | | | |
| 906. --FNMA 09-19 TD | | | | | | | | | |
| 907. --FHR 3249 CB | | | | | | | | | |
| 908. -Mutual Funds: | | | | | | | | | |
| 909. --Blackrock Strat Inc Opport | | | | | | | | | |
| 910. --Franklin Income C | | | | | | | | | |
| 911. --Highland Fltg Rate Opport C | | | | | Buy | 02/11/14 | K | | |
| 912. --Invesco Balanced-Risk Alloc C | | | | | | | | | |
| 913. --Mainstay Marketfield C | | | | | Sold | 12/02/14 | J | | |
| 914. --Oppenheimer SR Floating Rate | | | | | | | | | |
| 915. --Principal GLB Divers Inc | | | | | | | | | |
| 916. --Templeton Global Bond Fd | | | | | | | | | |
| 917. -Equity Trusts | | | | | | | | | |
| 918. --Unit First Trust Target Global Dividend Leaders 1sr Qtr 14 | | | | | Buy | 03/06/14 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 58 of 60

Name of Person Reporting
Sammartino, Janis L.

Date of Report
05/12/2015

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 919. --Unit First Trust Target Global Dividend Leaders 3rd Qtr 14 | | | | | Buy | 09/12/14 | K | | |
| 920. --Unit First Trust Target Global Dividend Leaders 1st Qtr 13 | | | | | Sold (part) | 03/06/14 | L | D | |
| 921. | | | | | Sold | 03/25/14 | J | | |
| 922. --Unit First Trust Garget Global Dividend Leaders 3rd Qtr 13 | | | | | Sold (part) | 08/25/14 | J | | |
| 923. | | | | | Sold | 09/12/14 | K | C | |
| 924. -AIP Glbl L/S P Hedge Fund | | | | | Buy (add'l) | 11/30/14 | J | | |
| 925. | | | | | | | | | |
| 926. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT** | Name of Person Reporting | Date of Report

| Sammartino, Janis L. | 05/12/2015

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Sammartino, Janis L. | 05/12/2015

---

**FINANCIAL DISCLOSURE REPORT**
Page 60 of 60

| Name of Person Reporting | Date of Report |
| --- | --- |
| Sammartino, Janis L. | 05/12/2015 |

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Janis L. Sammartino**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544